DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RYLEE M. LEWIS,**
Appellant,

v.

**KATHLEEN LEWIS et. al.,**
Appellee.

No. 4D2025-1820

[April 2, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Michael Joseph McNicholas, Judge; L.T. Case No. 432024000824CAAXMX.

Robert M. Lewis of the Law Office of Robert M. Lewis, LLC, Jupiter, for appellant.

Owen Stuart Schultz of McCarthy, Summers, Wood, Norman, Melby & Schultz, P.A., Stuart, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***